UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATINA KRAMER, | CASE NO. 14-cv-05449 |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura. Dkt. 17. The Magistrate Judge recommends that the Commissioner's decision to deny disability insurance and supplemental security income benefits be reversed and this matter remanded for further administrative proceedings. *Id*. No objections have been filed to the Report and Recommendation.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER:**

1

1  (1) The Court adopts the Report and Recommendation (Dkt. 17);

2  (2) The ALJ erred in her decision as described in the Report and Recommendation;

3  (3) The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings; and

4  (4) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Richard Creatura.

DATED this 23rd day of February, 2015.

_____
ROBERT J. BRYAN
United States District Judge